FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST INTERSTATE BANK, a Montana State chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>WALL STREET APARTMENTS, LLC, a Washington limited liability company,<br><br>Defendant. | NO. 2:26-MC-0012-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT are Alaa Elkharwily's Notice of Removal (ECF No. 1), Request for Leave to File Notice of Removal, Emergency Motion for Recusal, Motion to Transfer Venue (ECF No. 2), Motion to Obtain Electronic Case Filing (ECF No. 8), and Motion to Expedite (ECF No. 9). Defendant Wall Street Apartments LLC filed a response opposing removal (ECF No. 6). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

The Court previously issued a pre-filing injunction in Case No. 2:24-CV-01540-TOR (ECF No. 25) enjoining Mr. Elkharwily, Mr. Humphries *and their associates and representatives* from filing further notices of removal regarding the state court receivership action without prior written permission from this Court. Additionally, Mr. Elkharwily must separately sign and certify that the intended filing is meritorious and does not rehash issues discussed in previous motions.

Despite the pre-filing injunction, Mr. Elkharwily filed another Notice of Removal on June 26, 2026, without first obtaining the Court's written permission. ECF No. 1. Although Mr. Elkharwily simultaneously filed a request for leave to remove, the injunction expressly requires prior written permission. Accordingly, the Court construes the notice as a request for removal. For the reasons discussed in all the prior cases seeking removal, the request is **DENIED**. *See First Interstate Bank v. Wall St. Apts.*, Case Nos. 2:23-CV-0376-TOR; 2:24-CV-0115-TOR; 2:24-CV-0144-TOR; 2:24-CV-0154-TOR; 2:24-CV-0237-TOR; and 2:26-MC-0010-TOR.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Mr. Elkharwily's attempted removal, **ECF No. 1**, is **DENIED.**
2. Mr. Elkharwily's Request for Leave to File Notice of Removal, Emergency Motion for Recusal and Motion to Transfer Venue, **ECF No. 2**, is **DENIED.**

3. Mr. Elkharwily's Motion to Obtain Electronic Case Filing, **ECF No. 8**, is **DENIED.**
4. Mr. Elkharwily's Motion to Expedite, **ECF No. 9**, is **DENIED**.
5. Wall Street Apartments, LLC's Motion to Deny Removal or to Remand, **ECF No. 6,** is GRANTED.
6. This matter is **DISMISSED**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, Alaa Elkharwily, and Richard Wylie, and mail a certified copy of this Order to the Clerk of the Spokane County Superior Court. This file shall be **CLOSED**.

DATED October 16, 2026.

THOMAS O. RICE
United States District Judge